28 USC 1608 Summons
12/11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAMAL K. PATEL<br>*Plaintiff*<br><br>v.<br><br>VIJAYKANT PATEL et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-2411 (CRC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
VIJAYKANT PATEL
PINAKI
OXHEY LANE
HATCH END
MIDDLESEX, HAS 4AN

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KAMAL K. PATEL
NO. 6 RIVINGTON APARTMENTS
RAILWAY TERRACE
SLOUGH, UK SL2 5FQ

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/12/2016

Michael Darby
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KAMAL K. PATEL
*Plaintiff*

v.

VIJAYKANT PATEL et al
*Defendant*

Civil Action No. 16-2411 (CRC)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BHARTIBEN VIJAYKANT PATEL
PINAKI
OXHEY LANE
HATCH END
MIDDLESEX, HAS 4AN

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KAMAL K. PATEL
NO. 6 RIVINGTON APARTMENTS
RAILWAY TERRACE
SLOUGH, UK SL2 5FQ

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

UNITED STATES DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

Date: 12/12/2016

Michael Darby
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAMAL K. PATEL<br>*Plaintiff*<br><br>v.<br><br>VIJAYKANT PATEL et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-2411 (CRC) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ROYAL BANK OF SCOTLAND GROUP
1101 30TH STREET, NW
#500
WASHINGTON, DC 20007

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KAMAL K. PATEL
NO. 6 RIVINGTON APARTMENTS
RAILWAY TERRACE
SLOUGH, UK SL2 5FQ

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

UNITED STATES DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

Date: 12/12/2016

Michael Darby
*Signature of Clerk or Deputy Clerk*